UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenee K. Ciccarelli, Esq.
Fitzgerald & Associates, P.C.
649 Newark Ave.
Jersey City, NJ 07306

In Re:

Gloria Juchniewicz,

Debtor.

Order Filed on October 31, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.: 17-24901
Chapter: 13
Judge: Meisel

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 31, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____8/9/17_____ :

Property:    102 Lincoln Street, Jersey City, NJ 07307

Creditor:    Homebridge Financial Services, Inc.

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____2/9/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2