UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenee K. Ciccarelli, Esq.
Fitzgerald & Associates, P.C.
649 Newark Ave.
Jersey City, NJ 07306

Order Filed on October 31, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Gloria Juchniewicz,

Debtor.

Case No.: 17-24901
Chapter: 13
Judge: Meisel

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

DATED: October 31, 2017

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____8/9/17_____:

Property:    102 Lincoln Street, Jersey City, NJ 07307

Creditor:    Homebridge Financial Services, Inc.

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____2/9/2018_____.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Gloria Juchniewicz  
       Debtor

Case No. 17-24901-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Nov 01, 2017  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.  
db          +Gloria Juchniewicz,    102 Lincoln Street, 1st Floor,    Jersey City, NJ 07307-3636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2017 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services Inc.     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Jenee K. Ciccarelli    on behalf of Debtor Gloria  Juchniewicz jeneeciccarelli.fitzlaw@gmail.com, nadiafinancial@gmail.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Nicholas Fitzgerald    on behalf of Debtor Gloria  Juchniewicz nickfitz.law@gmail.com  
          Sarah J. Crouch    on behalf of Debtor Gloria  Juchniewicz nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                    TOTAL: 6