UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Attorney for the Debtor

In Re:

GLORIA JUCHNIEWICZ

Order Filed on February 22, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.: 17-24901

Chapter: 13

Judge: Meisel

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 22, 2018**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  October 31, 2017   :

Property:     102 Lincoln Street, Jersey City, NJ 07307

Creditor:     Homebridge Financial Services

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by   the Debtor  , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including    05/09/2018   .

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2