# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re: Gloria Juchniewicz

Case No.: 17-24901 (SLM)
Hearing Date: 7/11/2018
Chapter: 13
Judge: Stacey L. Meisel

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Trustee's Certification of Default Filed 6/4/18. Debtor's Certification in Opposition to Default filed 6/11/18.

**Location of Hearing:** Courtroom No. 3A
M. L. K. Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

**Date and Time:** July 11, 2018 at 9:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: June 12, 2018

JEANNE A. NAUGHTON, Clerk

By: Robert A. Heim
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 12, 2018 this notice was served on the following: Debtor, Debtor's Attorney, Trustee, and UST

JEANNE A. NAUGHTON, Clerk

By: Robert A. Heim
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Gloria Juchniewicz  
     Debtor

Case No. 17-24901-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 13, 2018  
     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.  
db     +Gloria Juchniewicz,   102 Lincoln Street, 1st Floor,   Jersey City, NJ 07307-3636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:  
     Denise E. Carlon   on behalf of Creditor   HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Jenee K. Ciccarelli   on behalf of Debtor Gloria Juchniewicz jeneeciccarelli.fitzlaw@gmail.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com  
     Marie-Ann Greenberg   magecf@magtrustee.com  
     Nicholas Fitzgerald   on behalf of Debtor Gloria Juchniewicz nickfitz.law@gmail.com  
     Sarah J. Crouch   on behalf of Debtor Gloria Juchniewicz nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
     U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 6