UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ  07306
(201) 533-1100
By: Sarah J. Crouch, Esquire (SC 1174)
Attorney for Debtor

Order Filed on November 21, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

GLORIA JUCHNIEWICZ

Debtor

Case No.: 17-24901

Chapter 13

Hearing Date: 11/14/2018 @ 10:30 am

Judge: Stacey L. Meisel

## ORDER ON MOTION TO REINSTATE LOSS MITIGATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 21, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
Debtor:  Gloria Juchniewicz
Case No. 17-24901
Caption: ORDER REINSTATING LOSS MITIGATION

------------------------------------------------------------------

This matter having come before the Court upon the debtors' Application for an Order reinstating loss mitigation, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the Loss Mitigation is hereby reinstated and extended to January 16, 2019; and it is further

**ORDERED** that the Debtor shall serve a copy of this order on all parties to this matter within ten (20) days of the entry of this order.