| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

Fitzgerald & Crouch, P.C.
James J. Fitzpatrick, Esq.  JF/7028
649 Newark Avenue
Jersey City, New Jersey 07306
(201) 533-1100
Attorney for Debtor

In Re:

GLORIA JUCHNIEWICZ

Order Filed on January 8, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.:   17-24901

Chapter:   13

Judge:   Meisel

# ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 8, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __February 22, 2018__ :

Property: __102 Lincoln Street, Jersey City, New Jersey 07307__

Creditor: __Homebridge Financial Services__

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __the Debtor__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __April 16, 2019__.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Gloria Juchniewicz  
     Debtor

Case No. 17-24901-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 08, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.  
db           +Gloria Juchniewicz,   102 Lincoln Street, 1st Floor,   Jersey City, NJ 07307-3636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services Inc.  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        James J. Fitzpatrick    on behalf of Debtor Gloria  Juchniewicz nickfitz.law@gmail.com,  
         nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com  
        Jenee K. Ciccarelli    on behalf of Debtor Gloria  Juchniewicz jenee@ciccarellilegal.com,  
         nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Nicholas  Fitzgerald    on behalf of Debtor Gloria  Juchniewicz nickfitz.law@gmail.com  
        Robert P. Saltzman    on behalf of Creditor    HomeBridge Financial Services, Inc., c/o Cenlar FSB  
         dnj@pbslaw.org  
        Sarah J. Crouch    on behalf of Debtor Gloria  Juchniewicz nickfitz.law@gmail.com,  
         nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                           TOTAL: 8