| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Fitzgerald & Crouch, P.C.<br>James J. Fitzpatrick, Esq.  JF/7028<br>649 Newark Avenue<br>Jersey City, New Jersey 07306<br>(201) 533-1100<br>Attorney for Debtor | Order Filed on April 16, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
|---|---|
| In Re:<br><br>GLORIA JUCNIEWICZ | Case No.: 17-24901<br>Chapter: 13<br>Judge: Meisel |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 16, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __January 8, 2019__ :

Property: __102 Lincoln Street, Jersey City, NJ 07307__

Creditor: __Homebridge Financial Services, LLC__

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __the Debtor__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __July 16, 2019__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*