UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Fitzgerald & Crouch, P.C.
James J. Fitzpatrick, Esq.  JF/7028
649 Newark Avenue
Jersey City, New Jersey 07306
(201) 533-1100
Attorney for Debtor

In Re:

GLORIA JUCNIEWICZ

**Order Filed on April 16, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.: 17-24901

Chapter: 13

Judge: Meisel

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 16, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___January 8, 2019___ :

Property: ___102 Lincoln Street, Jersey City, NJ 07307___

Creditor: ___Homebridge Financial Services, LLC___

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by ___the Debtor___,
and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___July 16, 2019___.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 17-24901-SLM
Gloria Juchniewicz                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1            Date Rcvd: Apr 16, 2019
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db           +Gloria Juchniewicz,    102 Lincoln Street, 1st Floor,    Jersey City, NJ 07307-3636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James J. Fitzpatrick    on behalf of Debtor Gloria  Juchniewicz nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
              Jenee K. Ciccarelli    on behalf of Debtor Gloria  Juchniewicz info@jc-lawpc.com,
               nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Gloria  Juchniewicz nickfitz.law@gmail.com
              Robert P. Saltzman    on behalf of Creditor    HomeBridge Financial Services, Inc., c/o Cenlar FSB
               dnj@pbslaw.org
              Sarah J. Crouch    on behalf of Debtor Gloria  Juchniewicz nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8