| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Fitzgerald & Crouch, P.C.<br>James J. Fitzpatrick, Esq. (JF7028)<br>649 Newark Avenue<br>Jersey City, New Jersey 07306<br>Phone (201) 533-1100<br>Fax (201) 533-1111<br>Counsel for the Debtor | |
| In Re:<br><br>Gloria Juchniewicz | Case No.: __17-24901__<br><br>Judge: __Meisel__<br><br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
❏ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
❏ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ☑ Motion for Relief from the Automatic Stay filed

    by __Homebridge Financial Services, Inc.__, creditor,

A hearing has been scheduled for __June 26, 2019__, at __10a__ m.

OR

❏ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ m.

❏ Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

❏ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

☑ Payments have been made in the amount of $ __20,954.60__, but have not been accounted for. Documentation in support is attached hereto.

☑ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

> Debtor is current on her adequate protection payments to the lender and she has made all required payments on the mortgage pursuant to her Chapter 13 Plan. By the time of the hearing, Debtor will have made payments for May and June 2019 as well.

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: __5/29/19__                    _[signature]_
                                      Debtor's Signature

Date: _____                  _____
                                      Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a *Creditor's Certification of Default (*under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions)* or a *Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*rev.12/1/09*

**Check 1813**
GLORIA E. JUCHNIEWICZ
102 LINCOLN ST., APT. 2
JERSEY CITY, NJ 07307-3636
1-2/210
DATE 12/28/17
PAY TO THE ORDER OF: Home Bridge Financial Services, Inc — $2,095.46
Two Thousand and Ninety-Five with Forty-Six DOLLARS
CHASE — JPMorgan Chase Bank, N.A. — www.Chase.com
MEMO: Acct# - 14377
Signed: Gloria Juchniewicz

**Check 1748**
GLORIA E. JUCHNIEWICZ
696 BROADWAY, APT. 3R
BAYONNE, NJ 07002
1-2/210
DATE 9/28/17
PAY TO THE ORDER OF: Home Bridge Financial Services Inc — $2,095.46
Two Thousand - Ninety Five with Forty-Six DOLLARS
CHASE — JPMorgan Chase Bank, N.A. — www.Chase.com
MEMO:
Signed: Gloria Juchniewicz

**Check 1778**
GLORIA E. JUCHNIEWICZ
696 BROADWAY, APT. 3R
BAYONNE, NJ 07002
1-2/210
DATE 8/25/17
PAY TO THE ORDER OF: HOME BRIDGE FINANCIAL SERVICES — $2,095.46
TWO THOUSAND - NINETY FIVE WITH FORTY-SIX DOLLARS
CHASE — JPMorgan Chase Bank, N.A. — www.Chase.com
MEMO: ACCT NO. 14377 SEPT. 2017 PAYMENT
Signed: Gloria Juchniewicz

**Check 1802**

GLORIA E. JUCHNIEWICZ
102 LINCOLN ST., APT. 2
JERSEY CITY, NJ 07307-3636

1-2/210

DATE 10/30/2017

PAY TO THE ORDER OF: Home Bridge Financial Services, Inc    $ 2,095.46

Two Thousand and Ninety-Five with Forty-Six DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Acct# 4377

*Signed: Gloria Juchniewicz*

**Check 1809**

GLORIA E. JUCHNIEWICZ
102 LINCOLN ST., APT. 2
JERSEY CITY, NJ 07307-3636

1-2/210

DATE 11/29/17

PAY TO THE ORDER OF: Home Bridge Financial Services, Inc    $ 2,095.46

Two Thousand and Ninety-Five with Forty-Six DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Acct# 4377

*Signed: Gloria Juchniewicz*



**Check 1825**

GLORIA E. JUCHNIEWICZ
102 LINCOLN ST., APT. 2
JERSEY CITY, NJ 07307-3636

1-2/210

DATE 05/01/2018

PAY TO THE ORDER OF: Home Bridge Financial Services, Inc     $ 2,095.46/00

Two Thousand and Ninety Five with Forty-Six — DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO: Acct# 14377

Signature: Gloria Juchniewicz

000 21:   1946 5 1825

---

**Check 1853**

GLORIA E. JUCHNIEWICZ
102 LINCOLN ST., APT. 2
JERSEY CITY, NJ 07307-3636

1-2/210

DATE 5-28-19

PAY TO THE ORDER OF: Home Bridge Financial S.I.    $ 2095.46

Two thousand ninety five dollars — DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO: Acct# 14377

Signature: Gloria Juchniewicz

00 21:   1946 5 1853

---

**Check 1834**

GLORIA E. JUCHNIEWICZ
102 LINCOLN ST., APT. 2
JERSEY CITY, NJ 07307-3636

1-2/210

DATE 6/1/2018

PAY TO THE ORDER OF: Home Bridge Financial Services, Inc     $ 2,095.46/00

Two Thousand and Ninety-Five with Forty-Six — DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO: Acct.# 14377

Signature: Gloria Juchniewicz

00 21:   1946 5 1834

**Check 1838**
GLORIA E. JUCHNIEWICZ
102 LINCOLN ST., APT. 2
JERSEY CITY, NJ 07307-3636
DATE 7/1/2018
PAY TO THE ORDER OF: Home Bridge Financial Services Inc  $2,095.46/100
Two Thousand and Ninety Five with Forty Six DOLLARS
CHASE — JPMorgan Chase Bank, N.A. — www.Chase.com
MEMO: ACH # ....4377
Signed: Gloria Juchniewicz

**Check 1847**
GLORIA E. JUCHNIEWICZ
102 LINCOLN ST., APT. 2
JERSEY CITY, NJ 07307-3636
DATE 8/29/18
PAY TO THE ORDER OF: Home Bridge Financial Services, Inc  $2095.46/100
Two Thousand Ninety-five — 46/100 DOLLARS
CHASE — JPMorgan Chase Bank, N.A. — www.Chase.com
MEMO: 4377
Signed: Gloria Juchniewicz

**Check 1839**
GLORIA E. JUCHNIEWICZ
102 LINCOLN ST., APT. 2
JERSEY CITY, NJ 07307-3636
DATE 8/1/2018
PAY TO THE ORDER OF: Home Bridge Financial Services, Inc  $2095.46/100
Two thousand and ninety five with forty six DOLLARS
CHASE — JPMorgan Chase Bank, N.A. — www.Chase.com
MEMO: ACH # ....4377
Signed: Gloria Juchniewicz

**Check 1850**
GLORIA E. JUCHNIEWICZ
102 LINCOLN ST., APT. 2
JERSEY CITY, NJ 07307-3636
DATE 10/01/18
PAY TO THE ORDER OF: Home Bridge Financial Service Inc    $ 2095.46/00
Two Thousand and ninety-five with forty-six DOLLARS
CHASE — JPMorgan Chase Bank, N.A. — www.Chase.com
MEMO: Acct # 002634377

**Check 1752**
GLORIA E. JUCHNIEWICZ
696 BROADWAY, APT. 3R
BAYONNE, NJ 07002
DATE 11/01/18
PAY TO THE ORDER OF: Home bridge Financial Service Inc    $ 2,095.46/00
Two Thousand and ninety five with forty-six DOLLARS
CHASE — JPMorgan Chase Bank, N.A. — www.Chase.com
MEMO: Acct # 4377

**Check 1753**
GLORIA E. JUCHNIEWICZ
696 BROADWAY, APT. 3R
BAYONNE, NJ 07002
DATE 11/26/2018
PAY TO THE ORDER OF: Homebridge Financial Service Inc    $ 2,095.46/100
Two Thousand ninety five Dollars and forty six cents DOLLARS
CHASE — JPMorgan Chase Bank, N.A. — www.Chase.com
MEMO: Acct # 4377

| | |
|---|---|
| GLORIA E. JUCHNIEWICZ<br>696 BROADWAY, APT. 3R<br>BAYONNE, NJ 07002 | 1754<br>DATE 12/26/18 |

PAY TO THE ORDER OF: Home Bridge Financial Services Inc    $ 2095.46/100

Two thousand Ninety five dollars and forty six cents DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO: Acct # _____ 14377

Signature: Gloria Juchniewicz

29465" 1754



**GLORIA E. JUCHNIEWICZ**
102 LINCOLN ST., APT. 2
JERSEY CITY, NJ 07307-3636

1-2/210    1851

DATE 04/26/2019

PAY TO THE ORDER OF Home Bridge Financial Service Inc    $ 2095.46/100

Two thousand Ninety five dollars and forty six cents DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO acct # 0026314377

Gloria Juchniewicz

⑆0021⑆ ⁙⁙⁙⁙⁙ 4465⁙ 1851