UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
ROB SALTZMAN, ESQUIRE
PLUESE, BECKER & SALTZMAN, LLC
Attorneys at Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054
(856) 813-1700
File No.;

**Order Filed on July 11, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Gloria Juchniewicz aka
Gloria E. Juchniewicz

Case No.: 17-24901-SLM

Hearing Date: July 10, 2019 ~~June 26, 2019~~

Judge: Stacey L. Meisel

Chapter: 13

Recommended Local Form    ☐ Followed    ☒ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: July 11, 2019

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of ___HomeBridge Financial Services, Inc._____, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

102 Lincoln Street, Jersey City, NJ 07307

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.   Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that all provisions of this Order also apply to Relief from the Co-Debtor Stay pursuant to 11 U.S.C. § 1301, as applicable to the above-named Co-Debtor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-24901-SLM
Gloria Juchniewicz                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin               Page 1 of 1            Date Rcvd: Jul 12, 2019
                                Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.
db             +Gloria Juchniewicz,   102 Lincoln Street, 1st Floor,   Jersey City, NJ 07307-3636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services Inc.
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      James J. Fitzpatrick    on behalf of Debtor Gloria  Juchniewicz nickfitz.law@gmail.com,
       nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
      Jenee K. Ciccarelli    on behalf of Debtor Gloria  Juchniewicz info@jc-lawpc.com,
       nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Nicholas  Fitzgerald    on behalf of Debtor Gloria  Juchniewicz nickfitz.law@gmail.com
      Robert P. Saltzman    on behalf of Creditor    HomeBridge Financial Services, Inc., c/o Cenlar FSB
       dnj@pbslaw.org
      Sarah J. Crouch    on behalf of Debtor Gloria  Juchniewicz nickfitz.law@gmail.com,
       nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                 TOTAL: 8