Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−24901−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gloria Juchniewicz
    aka Gloria E. Juchniewicz
    102 Lincoln Street, 1st Floor
    Jersey City, NJ 07307

Social Security No.:
    xxx−xx−7265

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/5/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 6, 2019
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-24901-SLM
Gloria Juchniewicz                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2                Date Rcvd: Aug 06, 2019
                              Form ID: 148               Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2019.
db             +Gloria Juchniewicz,    102 Lincoln Street, 1st Floor,    Jersey City, NJ 07307-3636
cr             +HomeBridge Financial Services, Inc., c/o Cenlar FS,    425 Phillips Blvd,    Ewing, NJ 08618-1430
517214679      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516959264      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517178716       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516959266      +HomeBridge Financial Services,    Po Box 77404,    Trenton, NJ 08628-6404
517223434      +HomeBridge Financial Services Inc.,    C/O Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
516959267      +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
516959270      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2019 00:00:08     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2019 00:00:03     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Aug 07 2019 03:23:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
516959261       EDI: BANKAMER.COM Aug 07 2019 03:23:00      Bk Of Amer,   Po Box 982238,    El Paso, TX 79998
516959262      +EDI: CHASE.COM Aug 07 2019 03:23:00      Chase Card,   Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
516959263      +EDI: CHASE.COM Aug 07 2019 03:23:00      Chase Card Services,    Attn: Correspondence,
                 Po Box 15278,    Wilmington, DE 19850-5278
516970432       EDI: DISCOVER.COM Aug 07 2019 03:23:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
516959265      +EDI: DISCOVER.COM Aug 07 2019 03:23:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517127312       EDI: PRA.COM Aug 07 2019 03:23:00      Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,    POB 41067,   Norfolk VA 23541
517190023       EDI: Q3G.COM Aug 07 2019 03:23:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516959268      +EDI: RMSC.COM Aug 07 2019 03:23:00      Syncb/home Design Se,    Po Box 96060,
                 Orlando, FL 32896-0001
516961574      +EDI: RMSC.COM Aug 07 2019 03:23:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516959269      +EDI: RMSC.COM Aug 07 2019 03:23:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James J. Fitzpatrick    on behalf of Debtor Gloria  Juchniewicz nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 06, 2019
                              Form ID: 148             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jenee K. Ciccarelli   on behalf of Debtor Gloria  Juchniewicz info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Nicholas  Fitzgerald    on behalf of Debtor Gloria  Juchniewicz nickfitz.law@gmail.com
        Robert P. Saltzman    on behalf of Creditor    HomeBridge Financial Services, Inc., c/o Cenlar FSB dnj@pbslaw.org
        Sarah J. Crouch    on behalf of Debtor Gloria  Juchniewicz nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                             TOTAL: 8